```
                                    FILED
                          CLERK, U.S. DISTRICT COURT

                                Dec 17, 2015

                         CENTRAL DISTRICT OF CALIFORNIA
                         BY:      PMC         DEPUTY
```

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUES BURVICK, AN INDIVIDUAL DOING BUSINESS AS VALDA MUSIC,<br><br>　　　　　Plaintiff,<br>　　　　　vs.<br>LAVELL WILLIAM CRUMP AKA DAVID BANNER and DOES 1-10, Inclusive,<br><br>　　　　　Defendants | Case No.: CV 15-03816 SVW-JCx<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

Having duly considered the Joint Stipulation of Dismissal with Prejudice submitted by the Parties and good cause showing, the Court hereby ORDERS that the Complaint is dismissed with prejudice without award of costs or attorney's fees to any party.

IT IS SO ORDERED:

Dated: December 17, 2015　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　HONORABLE STEPHEN V. WILSON
　　　　　　　　　　　　　　　　　　　United States District Judge

Order on Dismissal